PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Darrell Reese     Cr.: 23-0544-0021
PACTS #: 6264183

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/15/2022

Original Offense:    Count One: Violent Crime/Drugs/Machine Gun, 18 U.S.C. § 924(c)

Original Sentence: 60 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Fine, Substance Abuse Testing, Other Financial Obligation, Financial Disclosure, No New Debt/Credit, Gambling Restriction, Search/Seizure, Possession Without Valid Prescription, No Psychoactive Substances, Place Restriction Area

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/19/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     On June 27, 2023, Mr. Reese reported to our office and submitted to a urinalysis, which yielded positive for marijuana. Mr. Reese subsequently admitted to smoking marijuana several days before sentencing. He signed a drug admission form.

U.S. Probation Officer Action:
Mr. Reese was admonished for smoking marijuana. He ensured us that he will not use any illegal narcotics while on probation. We will closely monitor Mr. Reese and keep the Court apprised of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:    KIMBERLY MARIN
U.S. Probation Officer

Prob 12A – page 2
Darrell Reese

/ km

APPROVED:

_____  7-10-23
KEVIN M. VILLA                          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

7/27/23
_____
Date